THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAD EL-AMIN, Appellant. [807 NYS2d 924]—Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Burglary, 2nd Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.